| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ (State) |
| Case number (If known): _____ Chapter _____ |



☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   Cedar Grove, LLC

2. **All other names debtor used in the last 8 years**   None

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   4 1 - 1 9 8 3 3 1 7

4. **Debtor's address**

   **Principal place of business**

   523 East 11th Street
   Number    Street

   Duluth    MN    55805
   City    State    ZIP Code

   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**   none

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   Cedar Grove, LLC
         *Name*                                               Case number *(if known)*_____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.   District _____   When _____   Case number _____
                                           MM / DD / YYYY
            District _____   When _____   Case number _____
                                           MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.   Debtor __Home Again Living, LLC__   Relationship __affiliate__
             District ___of Wisconsin___   When __Unknown__
                                                  MM / DD / YYYY
             This creditor has liens against 2 MN properties as collateral for WI Property
             Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor  Cedar Grove, LLC
_____
Name

Case number *(if known)*_____

## 11. Why is the case filed in *this district*?

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

## 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number   Street

_____
City                           State   ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency _____

Contact name  _____

Phone  _____

---

### Statistical and administrative information

## 13. Debtor's estimation of available funds

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

## 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

## 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor __Cedar Grove, LLC__   Case number (if known)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/5/19
            MM / DD / YYYY

X _Paul Green_ (signature)          _Carl Green_
Signature of authorized representative of debtor    Printed name

Title _____

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor        MM / DD / YYYY

Printed name _____

Firm name _____

Number   Street _____

City _____   State ____   ZIP Code ____

Contact phone _____   Email address _____

Bar number _____   State ____

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Great Northern Capital Consultants, Inc. 328 Berry Ave. S. Suite 310 Wayzata, MN 55391 | | | | | | |
| 2 | BHM Capital, LLC c/o Jack Pierce 5500 Wayzata Boulevard Minneapolis, MN 55416 | | | | | | |
| 3 | St. Louis County Land and Minerals 100 North 5th Ave. West Duluth, MN 55802 | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor _____     Case number *(if known)*_____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___N/A___.

2. The following financial data is the latest available information and refers to the debtor's condition on ___N/A___.

    a. Total assets $ ___N/A___

    b. Total debts (including debts listed in 2.c., below) $ ___N/A___

    c. Debt securities held by more than 500 holders

    Approximate number of holders:

    secured ☐   unsecured ☐   subordinated ☐   $ ___N/A___   _____
    secured ☐   unsecured ☐   subordinated ☐   $ ___N/A___   _____
    secured ☐   unsecured ☐   subordinated ☐   $ ___N/A___   _____
    secured ☐   unsecured ☐   subordinated ☐   $ ___N/A___   _____
    secured ☐   unsecured ☐   subordinated ☐   $ ___N/A___   _____

    d. Number of shares of preferred stock   _____
    e. Number of shares common stock   _____

    Comments, if any: ___N/A___

3. Brief description of debtor's business: ___N/A___

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: ___N/A___

LOCAL FORM 1008-1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: Cedar Grove, LLC

Case No.

Debtor(s).

## PROOF OF AUTHORITY TO SIGN AND FILE PETITION

I, [insert name] *Carl Green* declare under penalty of perjury that I am the [insert position/title] *President* of [insert corporation] *Cedar Grove, LLC*, a Minnesota corporation, and that on [insert date] *8/6/19* the following resolution was duly adopted by the [insert title] *President* of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter [insert chapter] of Title 11 of the United States Code;

Be It Therefore Resolved, that [insert name] *Carl Green*, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter [insert chapter] voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that [insert name] *Carl Green*, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that [insert name] *Carl Green*, President of this corporation, is authorized and directed to employ [insert name], attorney and the law firm of [insert law firm] to represent the corporation in such bankruptcy case."

(or) I, [insert name], declare under penalty of perjury that I am one of the general partners of [insert name of partnership], a Minnesota partnership, that [insert name], [insert name], and [insert name] are all of the other general partners, and that all general partners have authorized me to file a voluntary petition commencing a chapter [insert chapter] voluntary bankruptcy case on behalf of the partnership."

(or) I, [insert name] , declare under penalty of perjury that I am the sole general partner of [insert name of partnership], a Minnesota limited partnership, and that I am authorized to file a voluntary petition commencing a chapter [insert chapter] voluntary bankruptcy case on behalf of the partnership."

LOCAL FORM 1008-1

      (or) I, [insert name], declare under penalty of perjury that I am the duly appointed and qualified guardian ad litem of [insert name of business], that I am authorized to file a voluntary petition commencing a chapter [insert chapter] voluntary bankruptcy case on behalf of [insert name of business], and that a certified copy of my appointment as such guardian ad litem is attached and made a part of this statement."

Executed on: 8/6/19        Signed: *Carl Green*

[insert name and address of subscriber]
Carl Green
PO Box 3190
Duluth, MN 55803

1. Great Northern Capital Consultants Inc.
   328 Berry Ave S, Suite 210
   Wayzata, MN 55391

2. Ralph L. Moore
   Gislason & Hunter LLP
   Attorneys for mortgagee
   701 Xenia Avenue South, Suite 500
   Minneapolis, MN 55416
   763-225-6000

3. BHM Capital LLC
   David Freeman
   651-605-1725

4. Jack Pierce
   5500 Wayzata Boulevard
   Suite 1200, The Colonnade
   Minneapolis, MN 55416
   763-546-1200

5. St Louis County Land and Minerals
   100 North 5th Ave West
   Duluth, MN 55802
   218-726-2000